# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:23-cv-00100 |
| ) | |
| vs. ) | |
| ) | |
| JENNIFER GANDARA, ) | JUDGE FRANK MONTALVO |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AGREED ORDER OF DISMISSAL

This matter coming to be heard on the Motion of Plaintiff Allstate Insurance Company ("Allstate") for a Preliminary Injunction against Defendant Jennifer Gandara ("Gandara"), due notice having been given to Gandara, the Court being fully advised on the premises, the parties being represented by counsel, and the parties agreeing to the following:

**IT IS HEREBY ORDERED:**

1.  Until after February 7, 2024, Gandara and her agents, representatives, associates, employees, and all those acting in concert or participation with her (collectively, "Gandara") are enjoined and restrained from soliciting the purchase of registered products competitive with those offered by Allstate from within one mile of 8500 Dyer Street in El Paso, Texas;

2.  Until after February 7, 2024, Gandara and her agents, representatives, associates, employees, and all those acting in concert or participation with her are enjoined and restrained from soliciting Allstate customers who Gandara knew about through her relationship with Allstate, her access to Allstate Confidential Information (as the term "Confidential Information"

is defined in paragraph 3 of her Confidentiality and Non-Competition Agreement), and/or her employment with former Allstate Exclusive Agent John Choi;

3. Gandara and her agents, representatives, associates, employees, and all those acting in concert or participation with her are enjoined and restrained from using, possessing, or accessing Allstate Confidential Information; and

4. This matter is hereby **DISMISSED WITHOUT PREJUDICE** with each side responsible for its attorneys' fees and costs.

5. All pending motions, if any, are **DENIED AS MOOT**.

6. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

DATED this 16th day of May, 2023.

The Honorable Frank Montalvo
Senior United States District Judge